FILED by ____ D.C.
ELECTRONIC

Dec 16 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 04-22764-CIV-KING/O'SULLIVAN

MAC STUART,

        Plaintiff,

v.

ASSOCIATION OF COMMUNITY
ORGANIZATIONS FOR REFORM NOW,
INC., d/b/a ACORN, an Arkansas corporation,

        Defendant.

_____/

## DEFENDANT ACORN'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant, Association of Community Organizations for Reform Now ("ACORN"), by and through its undersigned counsel, respectfully requests a three-week extension of time within which ACORN may serve records to Plaintiff in compliance with this Court's December 7, 2004 Order Following Scheduling Conference (the "Order") and, in support thereof, states as follows:

1. On December 7, 2004, the Court entered the Order stating: "Defendant will disclose and produce records demonstrating the persons who were paid to secure voter registrations, the manner in which they were paid and the amounts they were paid for the period from November 2003 through October 2004 throughout the State of Florida. Such production shall be made on or before December 17, 2004." The Order is attached hereto as Exhibit "A".

2. Since the Scheduling Conference held on December 3, 2004, ACORN has diligently searched its payroll records related to individuals who were paid to secure voter registrations in the State of Florida.

3. ACORN is a national organization and the payroll records at issue are dispersed throughout the state and country. Between November 2003 and October 2004, ACORN employed thousands of individuals who secured voter registrations on behalf of the organization. Thus, there are thousands of payroll records that need to be located and reviewed in order to comply with the Court's Order. Many of these records have been reviewed and, as a result, ACORN will produce more than 1,800 pages of payroll documents to Plaintiffs on December 17, 2004. However, there are numerous boxes and files that still need to be reviewed.

4. ACORN requests a three-week extension, until Friday, January 7, 2004, to disclose and produce additional payroll documents on a rolling basis pursuant to the Order.

5. Counsel for ACORN has consulted with counsel for Plaintiff, who has no objection to the extension of time requested.

6. This motion is not filed for the purpose of delay and no prejudice will accrue to Plaintiff as a result of the requested extension.

WHEREFORE, ACORN respectfully requests this Court enter an order extending the time within which ACORN may disclose and produce records as indicated in the Order by three weeks.

Respectfully submitted,

*/s/ Faith E. Gay*

Faith E. Gay
Florida Bar No. 129593
Brian H. Koch
Florida Bar No. 637335
White & Case LLP
Wachovia Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
fgay@whitecase.com
Counsel for Defendant ACORN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by facsimile and U.S. Mail this 16th day of December, 2004 to Stuart A. Rosenfeldt, Esq., Rothstein Rosenfeldt, 300 S.E. 2nd Street, Suite 860, Fort Lauderdale, Florida 33301.

_____
Brian Koch

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA



CASE NO. 04-22764-CIV-KING/O'SULLIVAN

MAC STUART,

    Plaintiff,

vs.

ASSOCIATION OF COMMUNITY
ORGANIZATIONS FOR REFORM NOW,
INC., d/b/a ACORN, an Arkansas
corporation,

    Defendant.

_____/

### ORDER FOLLOWING SCHEDULING CONFERENCE

THIS MATTER was before the Court upon a Scheduling Conference held on December 3, 2004 in the above-styled case to discuss the orderly management of this case with counsel. Based upon the discussions held at the Scheduling Conference, it is

ORDERED, ADJUDGED and DECREED as follows:

1. Defendant will disclose and produce records demonstrating the persons who were paid to secure voter registrations, the manner in which they were paid and the amounts they were paid from the period from November 2003 through October 2004 throughout the State of Florida. Such production shall be made on or before December 17, 2004.

2. The parties will engage in discovery during the month of January 2005 limited to the issue of whether Defendant engaged in the unlawful acts as alleged by Plaintiff in the Complaint.



3. The Court shall convene another Scheduling Conference on February 3, 2005 at 10:00 a.m. The Court will issue a separate Order scheduling that scheduling conference.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 7th day of December, 2004.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: Stuart A. Rosenfeldt, Esq.
ROTHSTEIN ROSENFELDT
300 Las Olas Place, Suite 860
300 SE 2nd Street
Ft. Lauderdale, FL 33301
Facsimile: 954-527-8663
*Counsel for Plaintiff*

Brian H. Koch, Esq.
WHITE & CASE, LLP
Wachovia Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
*Counsel for Defendant*
Facsimile: 305-358-5744

N:\MyFiles\WPTEXT\2004 ORDERS\04-22764-CIV Order Following Scheduling Conference.doc

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-22764-CIV-KING/O'SULLIVAN

MAC STUART,

       Plaintiff,

v.

ASSOCIATION OF COMMUNITY
ORGANIZATIONS FOR REFORM NOW,
INC., d/b/a ACORN, an Arkansas corporation,

       Defendant.

_____/

## ORDER GRANTING DEFENDANT ACORN'S
## UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS MATTER came before the Court on the Defendant ACORN's Unopposed Motion for Extension of Time ("the Motion"). The Court has considered the Motion and being advised that opposing counsel does not oppose the extension of time requested, and for good cause shown:

It is hereby ORDERED and ADJUDGED this _____ day of December, 2004, that Defendant ACORN's Motion is GRANTED. Defendant shall disclose and produce payroll records referenced in the Court's December 7, 2004 Order Following Scheduling Conference to Plaintiff on a rolling basis, starting on December 17, 2004, with all records being produced by January 7, 2005.

                                                          _____
                                                          JAMES LAWRENCE KING
                                                          UNITED STATES DISTRICT JUDGE

Conformed copies to:
Stuart A. Rosenfeldt, Esq.
Brian H. Koch, Esq.